UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHI HASANATI,<br><br>                              Plaintiff,<br><br>              -against-<br><br>STATE OF FLORIDA, ET AL,<br><br>                              Defendant. | 22-CV-6129 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 12, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 12, 2023
             New York, New York

                                                                  /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                          Chief United States District Judge